In the Matter of Marion Wallace SMITH, Petitioner.

(402 S.E. (2d) 181)

Supreme Court

March 13, 1991.

## ORDER

Petitioner is an attorney licensed to practice law in South Carolina. He petitions to be transferred to disability inactive status pursuant to SCACR 413, paragraph 19, the Rule on Disciplinary Procedure.

IT IS ORDERED that the petition is granted and petitioner is transferred to disability inactive status until further order of this Court.

In the Matter of Pamela Larkin MIMS, Respondent.

(402 S.E. (2d) 181)

Supreme Court

March 22, 1991.

## ORDER

Respondent is an attorney licensed to practice law in South Carolina. The Board of Commissioners on Grievances and Discipline has petitioned this Court to place Respondent upon disability inactive status pursuant to Paragraph 19 of the Rule on Disciplinary Procedure, Rule 413, SCACR.

IT IS ORDERED that the Petition is granted and Respondent is transferred to disability inactive status until further order of this Court.

AND IT IS SO ORDERED.